UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:21-cv-00772-TLN-DB<br><br>**ORDER** |

Plaintiff is a county jail inmate proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he was subjected to sexual harassment based on a comment made by Defendant. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 16.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2022, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: March 21, 2022

_____
Troy L. Nunley
United States District Judge

2